UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:25-cv-62309-LEIBOWITZ/AUGUSTIN-BIRCH

ERIKA DENISE RODRIGUEZ,
     *Plaintiff,*

v.

EQUIFAX INFORMATION SERVICES, LLC,
*et al.*,
     *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Panayotta Augustin-Birch [ECF No. 39] (the "R&R"), filed on March 11, 2026, recommending Defendants Flagstar Bank, FSB and Nationstar Mortgage LLC's Motion to Vacate Clerk's Entry of default [ECF No. 21] ("the Motion") be GRANTED. [ECF No. 39 at 1, 4].

The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 36]. No objections were filed during the 14-day objection period. Upon due consideration of the Motion, the R&R, the parties' papers, the relevant portions of the record, and the governing law, the Court finds no error. Accordingly, the Report and Recommendation is ADOPTED AND AFFIRMED for the reasons given below.

## STANDARD OF REVIEW

In reviewing a Report and Recommendation, the district court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *United States v. Schultz*, 565 F.3d 1353,

1361 (11th Cir. 2009) (quoting *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted).  Absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record" to accept the recommendation.  Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment, subdivision (b).

## DISCUSSION

In this lawsuit, Plaintiff is suing six (6) Defendants under the Fair Credit Reporting Act.  [*See* ECF No. 1].   Defendants Flagstar Bank, FSB ("Flagstar") and Nationstar Mortgage, LLC ("Nationstar"), are two such Defendants.  [*See id.*].  Plaintiff served Defendant Flagstar on December 12, 2025, and Defendant Nationstar on December 15, 2025.  [ECF Nos. 14, 15].  Thus, Defendant Flagstar's and Defendant Nationstar's responses to Plaintiff's Complaint were due on January 2, 2026, and January 5, 2026, respectively.  *See* Fed. R. Civ. P. 12(a).  However, both Defendants failed to timely respond to Plaintiff's Complaint.  As a result, Plaintiff moved for, and obtained, a Clerk's entry of default against Defendants Flagstar and Nationstar on January 7, 2026.  [ECF Nos. 18, 19, 20].  Shortly after the Clerk's entry of default and when their responses to the entry of a Clerk's default against them were due, Defendants filed the subject Motion, asking the Court to vacate the Clerk's entry of default against them.  [ECF No. 21].

In the R&R, Judge Augustin-Birch recommends granting the Motion to Vacate because she found good cause exists for doing so and Plaintiff will suffer no prejudice if the Clerk's default is set aside.  [ECF No. 39 at 3–4].  Upon due consideration and in the absence of any objection, the undersigned agrees with Judge Augustin-Birch.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 39] is ADOPTED AND AFFIRMED and fully incorporated herein.

2. The Motion to Vacate [**ECF No. 21**] is **GRANTED**.

3. The Clerk's entry of default against Defendants [ECF No. 20] is VACATED. Defendants Flagstar Bank, FSB and Nationstar Mortgage, LLC must answer the Complaint within fourteen (14) days of the date of this Order.

**DONE AND ORDERED** in the Southern District of Florida on March 26, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record