**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62309-LEIBOWITZ/AUGUSTIN-BIRCH**

ERIKA RODRIGUEZ,

     *Plaintiff,*

v.

EQUIFAX INFORMATION SERVICES, LLC,
*et al.,*

     *Defendants.*

_____/

## ORDER

The **in-person** mediation conference in this matter shall be held as follows:

**Mediator:** Gregory P. Holder

**Date:** October 5, 2026

**Time: TBD.  The parties are directed to notify the Court as to the time for the**

**October 5, 2026 mediation.**

**Location:** 5401 W. Kennedy Blvd., Ste. 170, Tampa, Florida 33609

**DONE AND ORDERED** in the Southern District of Florida on June 1, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record