**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 25-cv-62309-DSL

ERIKA RODRIGUEZ,

     Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, TRANS UNION LLC,
EXPERIAN INFORMATION
SOLUTIONS INC, FLAGSTAR
BANK, NATIONAL ASSOCIATION,
NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER,

     Defendants.

_____/

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Monica Diaz, Esq. of the law firm of Venable LLP hereby gives Notice to the Court and all interested parties of her appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

Dated: June 4, 2026.

Respectfully submitted,

VENABLE LLP
*Attorney for Experian Information Solutions, Inc.*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310

By:  s./ Monica Diaz          
     Monica Diaz
     Florida Bar No. 1069109
     mdiaz@venable.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record and entities via transmission of Notices of Electronic Filing generated by CM/ECF.


        s./ Monica Diaz
          Monica Diaz