**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| ERIKA RODRIGUEZ , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | CASE NO. 0:25-CV-62309- |
| EQUIFAX INFORMATION SYSTEMS, | ) | LEIBOWITZ |
| LLC, TRANS UNION LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| FLAGSTAR BANK, NATIONAL | ) | |
| ASSOCIATION, NATIONSTAR | ) | |
| MORTGAGE LLC d/b/a MR. COOPER, | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 11.1, Gabriella Pinzon of Jones Day, counsel of record for Defendant Experian Information Solutions, Inc. ("Experian"), respectfully requests that the Court allow her to withdraw as counsel of record for Experian in this case. In support of this Unopposed Motion, the undersigned states as follows:

1. On December 10, 2025, Gabriella Pinzon of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 4, 2026, Monica Diaz, of the law firm Venable LLP entered an appearance in this matter. Her contact information is as follows: Monica Diaz, 1215 Alfonso Avenue, Miami, FL 33146; (305) 301-0066; mdiaz@venable.com.

3. Venable LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Jones Day Attorneys will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request. All parties of record consented to this request.

5.  Experian respectfully requests that the Court grant an Order withdrawing Gabriella Pinzon as counsel for Experian in this matter.

## **LOCAL RULE 7.1 PRE-FILING CONFERENCE CERTIFICATION**

I HEREBY CERTIFY that I conferred with all parties of record regarding the relief requested herein, and that the parties do not oppose the requested relief.

Respectfully submitted this 4th day of June, 2026.

*/s/ Gabriella Pinzon*
Gabriella Pinzon, Esq.
Florida Bar No. 1059837
JONES DAY
Brickell World Plaza
600 Brickell Ave, Ste 3300
Miami, FL 33131
Phone: (305) 714-970
Email: gpinzon@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, the foregoing document was served on counsel

of record via transmission of Notices of Electronic Filing generated by CM/ECF.


*/s/ Gabriella Pinzon*
Gabriella Pinzon