**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:25-cv-62309-LEIBOWITZ/AUGUSTIN-BIRCH**

**ERIKA DENISE RODRIGUEZ,**
　　　*Plaintiff,*

*v.*

**EQUIFAX INFORMATION SERVICES, LLC,**
*et al.,*
　　　*Defendants.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Unopposed Motion for Withdrawal as Counsel of Record for Defendant Experian Information Solutions, Inc. ("Experian") [ECF No. 65] (the "Motion"), filed on June 4, 2026. [*Id.* at 1]. In the Motion, Experian requests that Gabriella Pinzon of the law firm Jones Day be permitted to withdraw and further represents that counsel of record, Moncia Diaz of the law firm Veneble LLP, will continue to represent Experian in this action. [*Id.*]. Accordingly, upon due consideration and for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 65]** is **GRANTED**.

2. Within five (5) days of the entry of this Order, withdrawing counsel (Gabriella Pinzon, Esq.) shall send to Experian Information Solutions, Inc. a copy of this Order and file a notice with the Court certifying same by conventional means.

3. Gabriella Pinzon, Esq. shall be relieved of all further responsibilities related to Defendant Experian Information Solutions, Inc. in these proceedings.

**DONE AND ORDERED** in the Southern District of Florida on June 5, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record