**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62309-LEIBOWITZ/AUGUSTIN-BIRCH**

**ERIKA DENISE RODRIGUEZ**,

 *Plaintiff*,

*v.*

**EQUIFAX INFORMATION SERVICES, LLC,**
*et al.*,

 *Defendants*.

_____/

## NOTICE SETTING STATUS CONFERENCE

 PLEASE TAKE NOTICE that a status conference is scheduled for this case on **Tuesday, July 28, 2026, at 10:00 a.m.**   Absent good cause, counsel of record must attend **in person** at **Courtroom 12-3, Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Ave., Miami, Florida 33128**. The cases below will be called at the status conference:

*Case v. Regions Bank, et al.*,, No. 0:25-cv-61198-DSL
*Small v. UHG, LLC, et al.*, No. 0:25-cv-62058-DSL
*Rodriguez v. Equifax Info. Servs., LLC*, et al., No. 0:25-cv-62309-DSL
*Miller v. Portfolio Recovery Assoc., LLC,* No. 0:25-cv-62469-DSL
*Huc v. Wal-Mart Stores East, LP, et al.*, No. 0:26-cv-60569-DSL
*Restrepo v. La Cancha Condo. Ass'n*, No. 0:26-cv-60899-DSL
*Cruz v. Costco Wholesale Corp.*, No. 1:25-cv-23029-DSL
*Elia Pinecrest, LLC v. Aden Hosp. Grp., et al.*, No. 1:25-cv-24819-DSL
*Healy v. Carnival Corp.*, No. 1:25-cv-25127-DSL
*Toro v. Hoffpauir, et al.*, No. 1:26-cv-21267-DSL
*J.D. v. Fla. Dept. Juvenile Justice, et al.*, No. 9:25-cv-80649-DSL
*Rivera v. HC Salon Holdings, Inc.*, No. 0:25-cv-61212-DSL

 Accordingly, it is hereby **ORDERED** as follows:

1. The parties (unless *pro se*) are **not** personally required to appear. *Pro se* parties must appear.

2. If the parties settle before the conference date, they shall promptly file a notice on the docket informing the Court of the settlement.

3. Plaintiff's counsel must appear with the entire case file at hand. **If any of the Defendants have not yet appeared, then Plaintiff must serve a copy of this Order on any such Defendant within two (2) business days of this Order.**

4. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

5. *The Clerk* shall docket this order <u>only this case</u>. Orders will be individually filed in the other cases.

**DONE AND ORDERED** in the Southern District of Florida on June 15, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record