**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62309--LEIBOWITZ/AUGUSTIN-BIRCH**

**ERIKA DENISE RODRIGUEZ**,

      Plaintiff,

   v.

**EQUIFAX INFORMATION**
**SERVICES, INC.**, *et al.,*

      Defendants.

_____/

**NOTICE OF APPEARANCE AS CO-COUNSEL**
**AND DESIGNATION OF EMAIL ADDRESSES**

    Michael A. Smith, Jr., of the law firm of Dann Law, gives notice of his appearance as co-counsel for Plaintiff Erika Denise Rodriguez and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondences, notices, and the like be served upon:

Michael A. Smith, Jr.            msmith@dannlaw.com (primary)

                                    notices@dannlaw.com (secondary)

                     Respectfully Submitted,

                     /s/ *Michael A. Smith, Jr.*
                     Michael A. Smith, Jr. (FBN 1061760)
                     **Dann Law**
                     15000 Madison Ave.
                     Lakewood, OH 44107
                     Telephone: (216) 373-0539
                     Facsimile: (216) 373-0536
                     msmith@dannlaw.com
                     notices@dannlaw.com
                     *Counsel for Plaintiff Erika Denise Rodriguez*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Michael A. Smith, Jr.*
Michael A. Smith, Jr. (FBN 1061760)
**Dann Law**
*Counsel for Plaintiff Erika Denise Rodriguez*

2